```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 00-2238 |
| | ) | |
| v. | ) | |
| | ) | |
| MARILYN A. WILLIS, | ) | Electronically Filed |
| | ) | |
| Defendant | ) | |

### PRAECIPE FOR APPEARANCE

TO:  Clerk of Court
     United States District Court
     Western District of Pennsylvania

Please enter my appearance on behalf of defendant United States of America in the above-captioned case.  Please substitute my appearance for Philip P. O'Connor, Jr., who is no longer assigned to this case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/_____
MICHAEL COLVILLE
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7337
(412) 644-5870 - fax
Michael.Colville@usdoj.gov
PA56668